UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Michael Dunne Herning,　　　　　　　　　　　　Case No. 11-11256

　　　　　　　　　　　　　　　　　　　　　　　Date: Friday, May 20, 2011
　　　　　　　　　　　　　　　　　　　　　　　Time: 9:00 am
　　　　　　　　　　　　　　　　　　　　　　　Location: 99 South E St, Santa Rosa, CA
　　　　　　　　　　　　　　　Debtor(s).
_____/

CHAPTER 11 STATUS CONFERENCE ORDER AND
NOTICE OF POSSIBLE CONVERSION OR DISMISSAL
_____

　　　A status conference, as mandated by § 105(d) of the Bankruptcy Code, shall be held at the above date, time and location.

　　　At the status conference, the Debtor's principal bankruptcy counsel and the Debtor(s) (or the responsible individual if the debtor is a corporation or partnership) shall appear and advise the court of the following:

　　　1. Whether the small business or single asset real estate provisions of the Bankruptcy Code apply.

　　　2. The business, financial, and other problems that prompted the bankruptcy filing.

　　　3. How the Debtor intends to use the provisions of the Bankruptcy Code to resolve the problems.

　　　4. A suggested deadline for confirmation of a plan.

　　　5. Whether the Debtor has complied with all rules and guidelines governing debtors in possession, including the filing of monthly operating reports, the establishment of debtor-in-possession bank accounts, payment of postpetition taxes and U.S. Trustee fees, and proof of adequate insurance.

1

1   At least five days before the status conference, Debtor's counsel shall file and serve on all
2   parties who are not ECF Registered Participants a status conference statement discussing all of the
3   above items.  The statement shall not exceed three pages in length and shall contain no attachments.  In
4   cases with numerous creditors, the Debtor may apply for limited notice.
5   At the status conference the court will set such deadlines as seem appropriate and may dismiss
6   or convert the case or appoint a trustee if cause exists, including failure of the Debtor to appear or
7   comply with the terms of this order.
8   IT IS SO ORDERED.

Dated: April 26, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge