Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re                                                    Case No. 11-11256

Michael Dunne Herning                                    Chapter 11

        Debtor.
_____/

STATUS CONFERENCE REPORT

       The debtor, an entrepreneur that successfully started and operated a number of businesses, found his entrepreneurial skills severely challenged during the past several years of the economic recession such that he was not able to keep up with the mortgages on his real estate and at the same meet his obligation to his former spouse. Faced with the choice of who was going to be paid, the debtor chose to pay former spouse. The debtor filed his chapter 11 petition stop the foreclosure of his residence.

       The debtor owns homes in Marin County and Steamboat Springs Colorado, a second property in Steamboat Springs, and a building lot in Santa Cruz. The building lot is owned free and clear, the debtor's residence has some equity, the residence in Steamboat Springs is underwater, there is some equity in the second Colorado property.

       There only ready source of income is from the liquidation of stock in a company started by the debtor and sold to others where the debtor retaining an equity position. The stock is not liquid but the purchasers have agreed to purchase some of the stock to get the debtor through the chapter 11. The only other source of income will be from leasing out real estate at a level that should allow the property or properties to cash flow.

1

The debtor has participated in the Initial Debtor Interview and has attended the Meeting

2
of Creditors. The debtor intends to comply with the request made by the Office of the United

3
States Trustee for information relating to the businesses controlled by him within two weeks

4
and he expects to be current with his tax filings within two months.

5
The debtor suggests a 120 day deadline to confirm his plan.

6

7
Respectfully submitted,

8
Dated: May 15, 2011

/s/ *Michael C Fallon*

9
_____

10
Michael C Fallon
Attorney for the Debtor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28