UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MICHAEL DUNNE HERNING,   No. 11-11256

Debtor(s).
_____/

Status Conference Order
_____

This Chapter 11 case came on for status conference this date. The court considered the debtor's status conference statement, the representations of his counsel, the interests of creditors, and the comments of the U.S. Trustee. Pursuant to the court's authority under § 105 of the Bankruptcy Code, and good cause appearing therefor,

IT IS ORDERED that this case shall be converted to Chapter 7 on September 18, 2011, if a plan has not been confirmed by then.

Dated: May 20, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge