## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended APRIL 2011

|   | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | Total Cash Receipts | | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes — UTILITIES | 883.09 | |
| 29 | Real Property Taxes — VEHICLE | 175.00 | |
| 30 | Other Taxes — MAINTANANCE | 731.58 | |
| 31 | Other Cash Outflows: — INSURRANCE | 264.03 | |
| 32 | FOOD / HOUSEHOLD | 300.00 | |
| 33 | STORAGE | 938.87 | |
| 34 | MISC | 77.8 | |
| | TAXES | -0- | |
| 35 | SPOUSAL | -0- | |
| 36 | | | |
| 37 | Total Cash Disbursements: | 3316.52 | |
| 38 | Net Increase (Decrease) in Cash | ⟨3316.52⟩ | |
| 39 | Cash Balance, Beginning of Period  PRE PETITION CASH | 6238.51 | |
| 40 | Cash Balance, End of Period | 2921.99 | |

Revised 1/1/

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended: **APRIL 2011**

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | 2921.99 |
| 2 | Accounts receivable (net) | | 8000.00 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | 10,921.99 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | 2253500.00 |
| 8 | Real property (rental or commercial) | | 400,000.00 |
| 9 | Furniture, Fixtures, and Equipment | | 13,500.00 |
| 10 | Vehicles | | |
| 11 | Partnership interests | | 2,100,000.00 |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | 55,000.00 |
| 15 | Other: BOAT | | 16,750.00 |
| 16 | PERSONAL PROPERTY / NOTE DUE | | 240,000.00 |
| 17 | **Total Long Term Assets** | | 5,078,750.00 / 5,078,250.00 |
| 18 | **Total Assets** | | 5,089,171.99 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | 1,060,865.00 |
| 29 | Secured claims (other) | | 1,388,070.00 |
| 30 | Priority unsecured claims | | 80,200.00 |
| 31 | General unsecured claims | | 236,308.00 |
| 32 | **Total Pre-Petition Liabilities** | | 2,765,443.00 |
| 33 | **Total Liabilities** | | 2,765,443.00 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | 2,323,729.99 |
| 35 | **Total Liabilities and Equity (Deficit)** | | 5,089,171.99 |

NOTE: Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/_

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information — *APRIL 2011*

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 147 SPRUCE ST STEAMBOAT SPRINGS CO | | |
| 2 | Scheduled Gross Rents | 1100.00 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | | | |
| 7 | Scheduled Net Rents | 1100.00 | | |
| 8 | Less: Rents Receivable (2) | 1100.00 | | |
| 9 | Scheduled Net Rents Collected (2) | 0 | | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | EXCHANGE BANK | | |
| 11 | Account No. | 0290 | | |
| 12 | Account Purpose | CHECKING DIP | | |
| 13 | Balance, End of Month | 2821.99 | | |
| 14 | Total Funds on Hand for all Accounts | 2821.99 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/9

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: [CASE NAME] MICHAEL DUNNE HERNING

Case No. 11-11256

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: APRIL 2011    PETITION DATE: APRIL 5, 2011

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

2. **Asset and Liability Structure**

   | | End of Current Month | End of Prior Month | As of Petition Filing |
   |---|---|---|---|
   | a. Current Assets | 10,921.99 | | |
   | b. Total Assets | 5,082,171.99 | | 5,084,600.41 |
   | c. Current Liabilities | 0 | | |
   | d. Total Liabilities | 2,765,443.15 | | 2,765,443.15 |

3. **Statement of Cash Receipts & Disbursements for Month**

   | | Current Month | Prior Month | Cumulative (Case to Date) |
   |---|---|---|---|
   | a. Total Receipts | 0 | | |
   | b. Total Disbursements | 3,316.52 | | |
   | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | <3,316.52> | | |
   | d. Cash Balance Beginning of Month | 6,238.51 | | |
   | e. Cash Balance End of Month (c + d) | 2,921.99 | | |

   | | Current Month | Prior Month | Cumulative (Case to Date) |
   |---|---|---|---|
   | 4. Profit/(Loss) from the Statement of Operations | | | |
   | 5. Account Receivables (Pre and Post Petition) | | | |
   | 6. Post-Petition Liabilities | | | |
   | 7. Past Due Post-Petition Account Payables (over 30 days) | | | |

   At the end of this reporting month:
   
   | | Yes | No |
   |---|---|---|
   | 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (If yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
   | 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
   | 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | ✓ |
   | 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
   | 12. Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
   | 13. Are a plan and disclosure statement on file? | | ✓ |
   | 14. Was there any post-petition borrowing during this reporting period? | | ✓ |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 7/30/11

Before submitting this to us, you must sign your name
Responsible Individual

Revised 1/1/6

Case: 11-11256   Doc# 26   Filed: 08/05/11   Entered: 08/05/11 08:31:09   Page 4 of 6



**Exchange Bank**
PO Box 3788
Santa Rosa, CA 95402-3788

24-Hour Account Information Line:  707.524.3399
Customer Service:  707.524.3000
Outside of Local Area:  800.995.4066
Lost or Stolen ATM Cards:  800.528.2273

www.exchangebank.com

MICHAEL DUNNE HERNING
270 SANTA ROSA AVE
SAUSALITO CA 94965

## ACCOUNT INFORMATION

Statement Period: 04-14-11 to 05-10-11

| Type | Description | Account # | Balance |
|---|---|---|---|
| Checking | Regular Checking |  | $2,848.56 |

## ACCOUNT SUMMARY

1010050290

| | | | |
|---|---|---|---|
| Beginning Balance as of | | 04-13-11 | $6,238.51 |
| 0 Deposits | | | $0.00 |
| 1 Other Credit | | | $6,537.84 |
| 20 Checks | | | $8,873.56 |
| 9 Other Debits | | | $1,054.23 |
| Ending Balance | | 05-10-11 | $2,848.56 |

## OVERDRAFT FEE SUMMARY

| Description | Charges: This Period | This Year | Waivers: This Period | This Year |
|---|---|---|---|---|
| Total Overdraft Paid Item Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Overdraft Returned Item Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Overdraft Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $0.00 | $0.00 | $0.00 | $0.00 |

## OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 05-04 | BORESHA INTERNAT PAYROLL MICHAEL HERNING | $6,537.84 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 101 | 04-26 | $180.00 (6) | 102 | 04-21 | $98.78 (4) |

Continued on next page

Model 200
Member FDIC        Account #: 1010050290  Z        Page 1 of 4        Equal Housing Lender



**Exchange Bank**
PO Box 3788
Santa Rosa, CA 95402-3788

24-Hour Account Information Line: 707.524.3399
Customer Service: 707.524.3000
Outside of Local Area: 800.995.4066
Lost or Stolen ATM Cards: 800.528.2273

www.exchangebank.com

## CHECKS

| Number | Date  | Amount   | Number | Date  | Amount    |
|--------|-------|----------|--------|-------|-----------|
| 103    | 04-22 | $165.25  | 117*   | 04-28 | $200.00   |
| 104    | 04-21 | $300.00  | 118    | 04-27 | $297.50   |
| 105    | 04-26 | $203.00  | 119    | 05-02 | $164.05   |
| 107*   | 04-26 | $5.00    | 120    | 05-02 | $170.70   |
| 108    | 04-27 | $234.08  | 121    | 05-05 | $606.20   |
| 110*   | 04-25 | $63.60   | 122    | 05-10 | $180.00   |
| 111    | 04-27 | $87.00   | 123    | 05-05 | $117.37   |
| 112    | 04-25 | $555.87  | 125*   | 05-09 | $102.00   |
| 115*   | 04-27 | $143.16  | 93*    | 05-09 | $5,000.00 |

## OTHER DEBITS

| Date  | Description | Amount |
|-------|-------------|--------|
| 04-20 | HARLAND CLARKE  CHK ORDER MICHAEL D HERNING | $23.95 |
| 04-22 | AT&T      PAYMENT BARBARA LOKKESMOE | $47.72 |
| 04-22 | ATT      Payment MICHAEL HERNING | $137.70 |
| 04-22 | COMCAST     COMCAST LOKKSMOE,MICHAEL & BAR | $201.79 |
| 04-25 | ST OF CA DMV   INTERNET MICHAEL D HERNING | $170.00 |
| 04-26 | AT&T TELCO WEST 000PAYMENT SERIAL NUMBER: 0116 A41533211852539 11115 | $137.56 |
| 04-29 | MOUNT WERNER WAT DEBITS MICHAEL D HERNING | $64.56 |
| 05-03 | QWEST 8004238994 TELEPHONE BARBARA J LOKKESMOE | $84.63 |
| 05-10 | Pacific Gas   SPay PGE 58786180982 | $186.32 |

## DAILY BALANCE SUMMARY

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 04-13 | $6,238.51  | 04-26 | $3,948.29  | 05-03 | $2,502.61  |
| 04-20 | $6,214.56  | 04-27 | $3,186.55  | 05-04 | $9,040.45  |
| 04-21 | $5,815.78  | 04-28 | $2,986.55  | 05-05 | $8,316.88  |
| 04-22 | $5,263.32  | 04-29 | $2,921.99  | 05-09 | $3,214.88  |
| 04-25 | $4,473.85  | 05-02 | $2,587.24  | 05-10 | $2,848.56  |

(1) UTILITIES   (2) VEHICLE   (3) maitance strge   (4) Insurance   (5) Food

(6) = 555.87
Sub mmply



Model 200
Member FDIC        Account #: 1010050290  Z        Page 2 of 4        Equal Housing Lender