## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** MAY 2011

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | BORESHA INTERNATIONAL | 6537.84 | 6537.84 |
| 12 | Total Cash Receipts | | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| | UTILITIES | 746.28 | 1629.37 |
| | VEHICLES | -0- | 175.00 |
| | MAINTANANCE | -0- | 731.58 |
| | INSURANCE | 288.07 | 552.10 |
| | FOOD/HOUSEHOLD | 303.00 | 603.00 |
| | STORAGE | 962.87 | 1901.68 |
| | MISC | 165.55 | 189.50 |
| | TAXES | 606.20 | 606.20 |
| | SPOUSAL | 5000.00 | 5000.0[illegible] |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | Total Cash Disbursements: | 8,071.91 | 11,388.4[illegible] |
| 38 | Net Increase (Decrease) in Cash | (1,534.07) | (4850.5[illegible] |
| 39 | Cash Balance, Beginning of Period | 2,921.99 | 6,2385 |
| 40 | Cash Balance, End of Period | 1,387.92 | 1,387.9[illegible] |

Revised 1/

# BALANCE SHEET

(Small Real Estate/Individual Case)

For the Month Ended MAY 2011

| Line | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | 1,387.92 |
| 2 | Accounts receivable (net) | | 8,000.00 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | ~~9,387.92~~ |
| 5 | | | |
| 6 | Total Current Assets | | 9387.92 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | 2,253,500.00 |
| 8 | Real property (rental or commercial) | | 400,000.00 |
| 9 | Furniture, Fixtures, and Equipment | | 13,500.00 |
| 10 | Vehicles | | |
| 11 | Partnership interests | | 2,100,000.00 |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | 55,000.00 |
| 15 | Other: BOAT | | 16,750.00 |
| 16 | PERSONAL PROPERTY NOTE DUE | | 240,000.00 |
| 17 | Total Long Term Assets | | ~~5,078,250.00~~ |
| 18 | Total Assets | | 5,087,637.92 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | Total Current Liabilities | | |
| 26 | Long-Term Post Petition Debt | | |
| 27 | Total Post-Petition Liabilities | | |
| | **Pre-Petition Liabilities (allowed amount)** | | 4,060,865.00 |
| 28 | Secured claims (residence) | | 1,388,070.00 |
| 29 | Secured claims (other) | | 80,200.00 |
| 30 | Priority unsecured claims | | 276,308.00 |
| 31 | General unsecured claims | | 2,765,443.00 |
| 32 | Total Pre-Petition Liabilities | | 2,765,443.00 |
| 33 | Total Liabilities | | |
| | **Equity (Deficit)** | | 2,322,194.92 |
| 34 | Total Equity (Deficit) | | 5,087,637.92 |
| 35 | Total Liabilities and Equity (Deficit) | | |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
## Rental Income Information

MAY 2011

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 147 SPRUCE ST STEAMBOAT SPRINGS | | |
| 2 | Scheduled Gross Rents | CO. 1100.00 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | | | |
| 7 | Scheduled Net Rents | 1100.00 | | |
| 8 | Less: Rents Receivable (2) | 2200.00 | | |
| 9 | Scheduled Net Rents Collected (2) | 0 | | |

(2) To be completed by cash basis reporters only.

## Schedule B
## Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank EXCHANGE BANK | 0 | | |
| 11 | Account No. 0290 | | | |
| 12 | Account Purpose CHECKING DIP | | | |
| 13 | Balance, End of Month | 1387.92 | | |
| 14 | Total Funds on Hand for all Accounts | 1387.92 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: [CASE NAME] MICHAEL DUANE HERNING

Case No. 11-11256

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: MAY 2011 PETITION DATE: APRIL 5, 2011

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here — the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 9387.92 | 10,921.99 | 5,084,600.41 |
| b. Total Assets | 5087,637.92 | 5089,171.99 | |
| c. Current Liabilities | -0- | -0- | |
| d. Total Liabilities | 2,765,443 | 2,765,443 | 2,765,443.15 |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 6537.84 | -0- | 6537.84 |
| b. Total Disbursements | 8071.91 | 3316.52 | 11388.43 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | <1534.07> | <3316.52> | <4850.59> |
| d. Cash Balance Beginning of Month | 2921.99 | 6238.51 | 6238.51 |
| e. Cash Balance End of Month (c + d) | 1387.92 | 2,921.99 | 1,387.92 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | | | |
| 5. Account Receivables (Pre and Post Petition) | | | |
| 6. Post-Petition Liabilities | | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | ✓ |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | ✓ | |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | ✓ |
| 13. Are a plan and disclosure statement on file? | | ✓ |
| 14. Was there any post-petition borrowing during this reporting period? | | |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 7/30/11

[signature]
Before submitting this to us, you must sign your name
Responsible Individual

Revised



PO Box 3788
Santa Rosa, CA 95402-3788

24-Hour Account Information Line: 707.524.3399
Customer Service: 707.524.3000
Outside of Local Area: 800.995.4066
Lost or Stolen ATM Cards: 800.528.2273

www.exchangebank.com

MICHAEL DUNNE HERNING
270 SANTA ROSA AVE
SAUSALITO CA 94965

## ACCOUNT INFORMATION

Statement Period: 05-11-11 to 06-09-11

| Type | Description | Account # | Balance |
|---|---|---|---|
| Checking | Regular Checking | [redacted] | $1,137.25 |

## ACCOUNT SUMMARY

1010050290

| | | |
|---|---|---|
| Beginning Balance as of | 05-10-11 | $2,848.56 |
| 0 Deposits | | $0.00 |
| 1 Other Credit | | $6,537.84 |
| 11 Checks | | $6,616.98 |
| 17 Other Debits | | $1,632.17 |
| Ending Balance | 06-09-11 | $1,137.25 |

## OVERDRAFT FEE SUMMARY

| Description | Charges:This Period | This Year | Waivers:This Period | This Year |
|---|---|---|---|---|
| Total Overdraft Paid Item Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Overdraft Returned Item Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Overdraft Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $0.00 | $0.00 | $0.00 | $0.00 |

## OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 06-01 | BORESHA INTERNAT PAYROLL MICHAEL HERNING | $6,537.84 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 113 | 06-02 | $180.00 (6) ✓ | 114 | 06-01 | $188.00 (6) ✓ |

Continued on next page



PO Box 3788
Santa Rosa, CA 95402-3788

24-Hour Account Information Line: 707.524.3399
Customer Service: 707.524.3000
Outside of Local Area: 800.995.4066
Lost or Stolen ATM Cards: 800.528.2273

www.exchangebank.com

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 124* | 05-11 | $203.00 (6) | 130 | 06-03 | $143.60 (4) ✓ |
| 126* | 05-31 | $130.80 (7) | 131 | 06-03 | $33.48 (4) ✓ |
| 127 | 05-31 | $579.81 (6) | 132 | 06-07 | $65.29 (9) ✓ |
| 128 | 06-01 | $3.00 (2) ✓ | 94* | 06-03 | $5,000.00 (8) ✓ |
| 129 | 06-02 | $90.00 (3) ✓ | | | |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 05-11 | Atmos Energy CO- UTIL PYMT BARBARA LOKKESMOE & MI | $110.45 (1) |
| 05-12 | AT&T PAYMENT BARBARA LOKKESMOE | $47.46 (1) |
| 05-23 | ATM TRANSACTION FEE | $1.50 (7) |
| 05-23 | MONEY ACCESS SE ATM WITHDRAWAL MILL VALLEY,CA DATE 052211 REF# 114200106492 | $303.00 (5) |
| 05-25 | QWEST 8004238994 TELEPHONE BARBARA J LOKKESMOE | $84.62 (1) |
| 06-02 | COMCAST COMCAST LOKKSMOE,MICHAEL & BAR | $201.79 (1) |
| 06-03 | SAUSALITO MOLL POS PURCHASE SAUSALITO,CA DATE 060211 REF# 115300385426 | $20.64 (5) |
| 06-06 | CVS 09962 POS PURCHASE Sausalito,CA DATE 060411 REF# 115500579653 | $17.42 (5) |
| 06-06 | MOLLIE STONES S POS PURCHASE SAUSALITO,CA DATE 060311 REF# 115400018551 | $10.35 (5) |
| 06-06 | TOMMYS WOK POS PURCHASE SAUSALITO,CA DATE 060311 REF# 115400024893 | $65.95 (9) |
| 06-06 | MONEY ACCESS SE ATM WITHDRAWAL SAUSALITO,CA DATE 060511 REF# 115600088911 | $303.00 (5) |
| 06-06 | ATM TRANSACTION FEE | $1.50 (7) ✓ |
| 06-06 | CVS 09962 POS PURCHASE Sausalito,CA DATE 060411 REF# 115500579415 | $65.15 (5) ✓ |
| 06-07 | COMCAST COMCAST LOKKESMOE, BARBARA | $143.17 (1) ✓ |
| 06-08 | MIKE'S BIKE SA POS PURCHASE SAUSALITO,CA DATE 060711 REF# 115800578102 | $150.00 (7) ✓ |
| 06-09 | YAMPA VALLEY ELE PAYMENT LOKKESMOE, BARBARA | $68.00 (1) ✓ |
| 06-09 | CVS 09962 POS PURCHASE Sausalito,CA DATE 060911 REF# 116000181952 | $38.17 (5) ✓ |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05-10 | $2,848.56 | 05-31 | $1,387.92 | 06-07 | $1,393.42 |
| 05-11 | $2,535.11 | 06-01 | $7,734.76 | 06-08 | $1,243.42 |
| 05-12 | $2,487.65 | 06-02 | $7,262.97 | 06-09 | $1,137.25 |
| 05-23 | $2,183.15 | 06-03 | $2,065.25 | | |
| 05-25 | $2,098.53 | 06-06 | $1,601.88 | | |