# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended __JUNE 2011__

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payroll | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | BORESHA INTERNATIONAL | 6527.84 | 13,075.68 |
| 12 | Total Cash Receipts | | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes — UTILITIES | 1070.76 | 2700.? |
| 29 | Real Property Taxes — VEHICLES | 5.00 | 178.00 |
| 30 | Other Taxes — MAINTENANCE | 180.00 | 914.52 |
| 31 | Other Cash Outflows: INSURANCE | 294.41 | 876.5? |
| 32 | FOOD/HOUSEHOLD | 669.9? | 1272.9? |
| 33 | | 368.00 | 2267.68 |
| | STORAGE | 316.?? | 406.?? |
| 34 | MISC / TAXES / SPOUSAL | 5000.00 | 606.2? / 10,000.0? |
| 35 | | | |
| 36 | | 7803.06 | 19191.49 |
| 37 | Total Cash Disbursements | <1265.22> | <6115.8?> |
| 38 | Net Increase (Decrease) in Cash | 1387.92 | 6238.5? |
| 39 | Cash Balance, Beginning of Period | 122.70 | 122.7? |
| 40 | Cash Balance, End of Period | | |

Revised

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended __/__

| # | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | 122.70 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | 8000.00 |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | 8122.70 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | 2,253,500.00 |
| 8 | Real property (rental or commercial) | | 400,000.00 |
| 9 | Furniture, Fixtures, and Equipment | | 12,500.00 |
| 10 | Vehicles | | |
| 11 | Partnership interests | | 2,100,000.00 |
| 12 | Interest in corporations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | 55,000.00 |
| 15 | Other: ODATI | | 14,250.00 |
| 16 | PERSONAL PROPERTY NOTE DUE | | 243,000.00 |
| 17 | **Total Long Term Assets** | | 5,078,250 |
| 18 | **Total Assets** | | 5,086,372.70 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | 12,780.84 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: _____ | | |
| 24 | _____ | | |
| 25 | **Total Current Liabilities** | | 12,780.84 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | 1,060,865 |
| 29 | Secured claims (other) | | 1,388,078 |
| 30 | Priority unsecured claims | | 60,200 |
| 31 | General unsecured claims | | 256,308 |
| 32 | **Total Pre-Petition Liabilities** | | 2,765,443 |
| 33 | **Total Liabilities** | | 2,778,223.84 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | 2,308,148.86 |
| 35 | **Total Liabilities and Equity (Deficit)** | | |

NOTE: Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/

Case: 11-11256    Doc# 28    Filed: 08/05/11    Entered: 08/05/11 08:32:28    Page 2 of 7

## SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information   *JUNE*

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 147 SPRUCE ST STEAMBOAT SPRINGS CO | | |
| 2 | Scheduled Gross Rents | 1100.00 | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | | | |
| 7 | Scheduled Net Rents | 1100.00 | | |
| 8 | Less: Rents Receivable (2) | 3750.10 | | |
| 9 | Scheduled Net Rents Collected (2) | 0 | | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank EXCHANGE BANK | 0 | | |
| 11 | Account No. 6280 | | | |
| 12 | Account Purpose CHECKING DIP | | | |
| 13 | Balance, End of Month | 122.70 | | |
| 14 | Total Funds on Hand for all Accounts | 122.70 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]

**MICHAEL DUNNE HERNING**

Case No. **11-11256**

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: **JUNE 2011**    PETITION DATE: **APRIL 5, 2011**

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | 8,122.70 | 9,380.92 | 5,084,600.4 |
| b. Total Assets | 5,086,372.70 | 5,081,637.92 | |
| c. Current Liabilities | 78,780.84 | | 2,765,443.1 |
| d. Total Liabilities | 2,778,223.84 | 2,765,443 | |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 6537.84 | 6537.84 | 13,075.68 |
| b. Total Disbursements | 7861.06 | 8011.4 | 19,191.45 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | (1265.22) | (1534.07) | (6115.81) |
| d. Cash Balance Beginning of Month | 1387.92 | 2921.99 | 6238.51 |
| e. Cash Balance End of Month (c + d) | 122.70 | 1387.92 | 122.70 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | | | |
| 5. Account Receivables (Pre and Post Petition) | | | |
| 6. Post-Petition Liabilities | | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | ✓ |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | ✓ |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
| 13. | Are a plan and disclosure statement on file? | | ✓ |
| 14. | Was there any post-petition borrowing during this reporting period? | | ✓ |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: **7/30/11**

_____
Before submitting this to us, you must sign your name
Responsible Individual

Revised

Case: 11-11256    Doc# 28    Filed: 08/05/11    Entered: 08/05/11 08:32:28    Page 4 of 7



**Exchange Bank**
PO Box 3788
Santa Rosa, CA 95402-3788

24-Hour Account Information Line: 707.524.3399
Customer Service: 707.524.3000
Outside of Local Area: 800.995.4066
Lost or Stolen ATM Cards: 800.528.2273

www.exchangebank.com

MICHAEL DUNNE HERNING
270 SANTA ROSA AVE
SAUSALITO CA 94965

## ACCOUNT INFORMATION
Statement Period: 06-10-11 to 07-13-11

| Type | Description | Account # | Balance |
|---|---|---|---|
| Checking | Regular Checking | | $5,168.60 |

## ACCOUNT SUMMARY
1010050290

| | | | |
|---|---|---|---|
| Beginning Balance as of | | 06-09-11 | $1,137.25 |
| 0 Deposits | | | $0.00 |
| 1 Other Credit | | | $6,537.84 |
| 6 Checks | | | $756.65 |
| 26 Other Debits | | | $1,749.84 |
| Ending Balance | | 07-13-11 | $5,168.60 |

## OVERDRAFT FEE SUMMARY

| Description | Charges:This Period | This Year | Waivers:This Period | This Year |
|---|---|---|---|---|
| Total Overdraft Paid Item Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Overdraft Returned Item Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Overdraft Fees | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $0.00 | $0.00 | $0.00 | $0.00 |

## OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 07-05 | BORESHA INTERNAT PAYROLL MICHAEL HERNING | $6,537.84 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 133 | 07-13 | $180.00 | 134 | 07-12 | $188.00 |

Continued on next page

Model 200
Member FDIC
Account #: 1010050290  Z
Page 1 of 4
Equal Housing Lender


**Exchange Bank**
PO Box 3788
Santa Rosa, CA 95402-3788

24-Hour Account Information Line:  707.524.3399
Customer Service:  707.524.3000
Outside of Local Area:  800.995.4066
Lost or Stolen ATM Cards:  800.528.2273

www.exchangebank.com

## CHECKS

| Number | Date  | Amount   | Number | Date  | Amount  |
|--------|-------|----------|--------|-------|---------|
| 135    | 07-13 | $148.40 ④ | 137    | 07-13 | $32.92 ④ |
| 136    | 06-16 | $117.33 ④ | 95*    | 06-20 | $90.00 ③ |

## OTHER DEBITS

| Date  | Description | Amount |
|-------|-------------|--------|
| 06-10 | CVS 09962 POS PURCHASE Sausalito,CA DATE 061011 REF# 116100225460 | $14.10 ⑤ |
| 06-13 | Pacific Gas   SPay PGE 58786180982 | $142.12 ① |
| 06-13 | ATT      Payment MICHAEL HERNING | $139.24 ① |
| 06-13 | KING SOOPERS POS PURCHASE STEAMBOAT SPR,CO DATE 061111 REF# 116200302964 | $22.09 ⑤ |
| 06-13 | KING SOOPERS POS PURCHASE STEAMBOAT SPR,CO DATE 061211 REF# 116300350357 | $13.26 ⑤ |
| 06-14 | Atmos Energy CO- UTIL PYMT BARBARA LOKKESMOE & MI | $140.04 ① |
| 06-14 | SAUSALITO MOLL POS PURCHASE SAUSALITO,CA DATE 061411 REF# 116500537151 | $49.28 ⑤ |
| 06-17 | COMCAST    COMCAST LOKKSMOE,MICHAEL & BAR | $189.14 ① |
| 06-17 | SAUSALITO MOLL POS PURCHASE SAUSALITO,CA DATE 061611 REF# 116700711439 | $23.77 ⑤ |
| 06-20 | SAUSALITO MOLL POS PURCHASE SAUSALITO,CA DATE 061711 REF# 116800803113 | $26.72 ⑤ |
| 06-22 | AT&T     PAYMENT BARBARA LOKKESMOE | $47.46 ① |
| 07-06 | PETER'S BEACON POS PURCHASE SAN RAFEL,CA DATE 070611 REF# 118700442380 | $5.27 |
| 07-07 | SAUSALITO MOLL POS PURCHASE SAUSALITO,CA DATE 070611 REF# 118700197174 | $21.12 |
| 07-07 | BEDBATH&BEYOND# POS PURCHASE LARKSPUR,CA DATE 070611 REF# 118700326493 | $51.83 |
| 07-08 | QWEST 8004238994 TELEPHONE BARBARA J LOKKESMOE | $84.38 |
| 07-08 | Yampa Valley Ele PAYMENT LOKKESMOE, BARBARA | $71.00 |
| 07-11 | SAUSALITO MOLL POS PURCHASE SAUSALITO,CA DATE 071011 REF# 119100007465 | $26.43 |
| 07-11 | COMCAST    COMCAST LOKKESMOE, BARBARA | $165.06 |
| 07-11 | GOODMAN BUILDI POS PURCHASE MILL VALLEY,CA DATE 070911 REF# 119000200020 | $62.62 |
| 07-11 | SAUSALITO MOLL POS PURCHASE SAUSALITO,CA DATE 070911 REF# 119000858839 | $15.26 |

Continued on next page

Model 200
Member FDIC       Account #: 1010050290  Z       Page 2 of 4       Equal Housing Lender

## OTHER DEBITS

| Date  | Description | Amount |
|-------|-------------|--------|
| 07-11 | CONTAINERSTORE POS PURCHASE CORTE MADERA,CA DATE 070911 REF# 119000151105 | $61.52 |
| 07-12 | SAUSALITO MOLL POS PURCHASE SAUSALITO,CA DATE 071111 REF# 119200241609 | $14.98 |
| 07-13 | ATT    Payment MICHAEL HERNING | $137.43 |
| 07-13 | MAINTENANCE FEE | $8.00 |
| 07-13 | SAUSALITO SELF POS PURCHASE SAUSALITO,CA DATE 071211 REF# 119300026415 | $61.59 |
| 07-13 | Pacific Gas   SPay PGE 58786180982 | $156.13 |

## DAILY BALANCE SUMMARY

| Date  | Balance   | Date  | Balance   | Date  | Balance   |
|-------|-----------|-------|-----------|-------|-----------|
| 06-09 | $1,137.25 | 06-17 | $286.88   | 07-07 | $6,582.32 |
| 06-10 | $1,123.15 | 06-20 | $170.16   | 07-08 | $6,426.94 |
| 06-13 | $806.44   | 06-22 | $122.70   | 07-11 | $6,096.05 |
| 06-14 | $617.12   | 07-05 | $6,660.54 | 07-12 | $5,893.07 |
| 06-16 | $499.79   | 07-06 | $6,655.27 | 07-13 | $5,168.60 |